IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00094-PSF-MEH

FRANK IRIONS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
JOE ORTIZ, in his official capacity as Executive Director,

    Defendants.

---

## ORDER TO SET HEARING REGARDING TRIAL SETTING

    The Court has been advised that circumstances of both plaintiff and defense counsel preclude setting a trial date within this Court's parameter of four months from the date of final pretrial conference. The Court hereby sets a hearing/status conference to address this issue on **Tuesday, September 12, 2006 at 9:00 a.m.** Counsel for both sides shall appear in person with available calendars. A representative of the Colorado Attorney General's Office, Tort Litigation Section, shall appear in lieu of Christine Wilkinson on behalf of defendants. Ms. Wilkinson may attend via telephone if she so desires, although her participation is not required.

    DATED: August 30, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge