IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00094-PSF-MEH

FRANK IRIONS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
JOE ORTIZ, in his official capacity as Executive Director; and
JOANIE SHOEMAKER,

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS ORTIZ AND SHOEMAKER

---

    The parties' Stipulated Motion to Dismiss, With Prejudice, Defendants Ortiz and Shoemaker, (Dkt. # 142), is GRANTED.

    Defendants Joe Ortiz and Joanie Shoemaker are DISMISSED WITH PREJUDICE, effective September 1, 2006, from this action, each party to pay his or her own costs and attorneys fees. The action continues, after September 1, 2006, against Defendant Colorado Department of Corrections.

    DATED: October 17, 2006, *nunc pro tunc* September 1, 2006

                                             BY THE COURT:

                                             *s/ Phillip S. Figa*
                                             _____
                                             Phillip S. Figa
                                             United States District Judge