IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00094-PSF-MEH

FRANK IRIONS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
JOE ORTIZ, in his official capacity as Executive Director; and
JOANIE SHOEMAKER,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS
DEFENDANT COLORADO DEPARTMENT OF CORRECTIONS**

---

    The parties' Stipulated Motion to Dismiss, With Prejudice, Defendant Colorado Department of Corrections, (Dkt. # 143), is GRANTED.

    Defendant Colorado Department of Corrections is DISMISSED WITH PREJUDICE from this action, each party to pay his or its own costs and attorneys fees. With this Order, this case is deemed DISMISSED in its entirety and all future dates and proceedings are VACATED.

    DATED: October 17, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge